**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLECERIA ELECCION AND ELEORIFE ELECCION, <br><br> Plaintiffs, <br> v. <br><br> CAPITAL FUNDING LOANS; WORLD SAVINGS BANK, FSB; WACHOVIA MORTGAGE CORPORATION; WELLS FARGO BANK, N.A.; OLD REPUBLIC TITLE COMPANY; NDEX WEST, LLC and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 11-CV-02476-LHK <br><br> ORDER REMANDING CASE |

On June 20, 2011, the parties filed a stipulation to remand the instant case to the Monterey County Superior Court. The parties represent that remand is appropriate because Defendant Wachovia's notice of removal was filed thirty-one days after service of the Complaint and was therefore untimely under 28 U.S.C. § 1446(b). Pursuant to the parties' stipulation, the case is hereby REMANDED to the Monterey County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 21, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02476-LHK
ORDER REMANDING CASE